# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
*(Briefly Describe the property to be searched or identify the person by name and address)*

Geremy Sandy Williams

Case No. 21-5164MB

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of  Arizona.
(identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**Buccal swabs and major case prints of Geremy Sandy Williams.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____8/27/21_____ .
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for 30 days *(not to exceed 30)*
            ☐ until, the facts justifying, the later specific date of

Date and time issued: __August 13, 2021 at 1:02 pm__  _____
                                                                    *Judge's signature*

City and State: Phoenix, Arizona

**DEBORAH M. FINE**
**UNITED STATES MAGISTRATE JUDGE**

## ATTACHMENT A

## DESCRIPTION OF THE PERSON, PROPERTY, AND ITEMS TO BE SEARCHED

### PERSON:

Geremy Sandy Williams, Native American male, year of birth 1998, who is described as having black hair and brown eyes, currently located at the CCA Florence Correctional Center in Florence, AZ.

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

1. Buccal swabs to collect deoxyribonucleic acid (DNA)
2. Major case prints from the right and left hands

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br><br>Geremy Sandy Williams | Case No. 21-5164MB |
|---|---|

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Special Agent Michael Carter, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**As further described in Attachment A.**

Located in the District of Arizona, there is now concealed *(identify the person or describe the property to be seized)*:

**Buccal swabs and major case prints of Geremy Sandy Williams**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 USC §§ 1153 and 1111 | First Degree Murder |

The application is based on these facts:
**As set forth in the Affidavit, incorporated herein by reference.**

☒ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Kiyoko Patterson *KP*
Sworn Telephonically

MICHAEL CARTER  Digitally signed by MICHAEL CARTER
Date: 2021.08.13 08:33:54 -06'00'

*Applicant's Signature*

Special Agent Michael Carter, FBI
*Applicant's printed name and title*

Date issued: August 13, 2021 @ 1:02 pm

City and State: Phoenix, Arizona

**DEBORAH M. FINE**
**UNITED STATES MAGISTRATE JUDGE**

# ATTACHMENT A

# DESCRIPTION OF THE PERSON, PROPERTY, AND ITEMS TO BE SEARCHED

## PERSON:

Geremy Sandy Williams, Native American male, year of birth 1998, who is described as having black hair and brown eyes, currently located at the CCA Florence Correctional Center in Florence, AZ.

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

1. Buccal swabs to collect deoxyribonucleic acid (DNA)
2. Major case prints from the right and left hands

## ATTACHMENT C

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Special Agent Michael Carter, being first duly sworn, hereby depose and state as follows:

## **INTRODUCTION AND AGENT BACKGROUND**

1.    I make this affidavit in support of an application for a search warrant for the deoxyribonucleic acid (DNA) and full case prints of GEREMY WILLIAMS, this individual, as more fully described in the following paragraphs and Attachment A.

2.    I have been a Special Agent of the Federal Bureau of Investigation since August 2016. I am currently assigned to the Gallup, New Mexico, Resident Agency of the Phoenix, Arizona, FBI Field Division. Prior to becoming a Special Agent with the FBI, I was a Police Officer for the Johnson City Police Department in Johnson City, Tennessee for approximately five years and three months. Throughout my law enforcement career, I have received training on numerous investigative topics and have experience investigating complex criminal violations of law. I have been the affiant on numerous state and federal affidavits. In the course of my duties, I am charged with investigating crimes occurring on the Navajo Nation Indian Reservation within the Federal District of Arizona. I am an investigative law enforcement officer of the United States, and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 of the United States Code.

1

3. The statements contained in this Affidavit are based on information derived from my personal knowledge, training and experience, information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits, and analysis of law enforcement and publicly available databases. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, I have not set forth all the relevant facts known to investigators.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that on July 3, 2017, GEREMY WILLIAMS, within the confines of the Navajo Nation Indian Reservation committed Title 18 U.S.C. §§ 1153 and 1111, (CIR) - First Degree Murder. There is also probable cause to search the information described in Attachment A for evidence of these crimes.

## PROBABLE CAUSE

5. On July 3, 2017, FBI Special Agent Bradley Smith was contacted by Navajo Police Department Criminal Investigator Samantha Yazzie regarding a shooting in Window Rock, AZ. SA Smith learned that the victim, K.A. had been fatally shot one time in the upper chest with a shotgun inside the residence of N.B.

6. As part of the initial investigation, SA Smith responded to the scene of the shooting located in Window Rock, Arizona. Investigators located several items of interest located both inside and outside of N.B.'s residence. Items outside included a red lifestyles condom, a blue Bic lighter, a black '47 brand Atlanta Braves hat, and a black Oakland

Raiders strap. Items inside included a black Unnecto brand cell phone, a silver ball bearing, and a red blood like substance on the floor. All listed items were collected as evidence, and swabs were taken of the red blood like substance. Through my training and experience, I know that it is common for DNA and/or fingerprints to be present on items located at a crime scene, such as those described above.

7. As the investigation continued, multiple interviews were conducted of individuals who were present at the time of the shooting, as well as of people who were not present. As the interviews were conducted, GEREMY WILLIAMS was developed as a suspect in the shooting death of K.A.

8. On April 4, 2018, investigators interviewed D.D., a female who was at the residence at the time of the shooting. D.D. stated that on the night of the shooting, she saw WILLIAMS come into the house holding a pipe. Soon, D.D. saw another male hand WILLIAMS a shotgun. WILLIAMS pointed the shotgun in D.D.'s face. After the shooting, D.D. told people that she thought WILLIAMS was the shooter[1].

9. On February 15, 2018, investigators interviewed C.E. C.E. advised that two (2) males came to visit her mother's house. C.E. knew one of the males as "Moose." C.E. invited them in, and once inside, "Moose" began bragging in detail about shooting K.A. C.E. was able to activate an audio recorder during this conversation with "Moose," and a copy of that audio recording has been provided to investigators.

---

[1] D.D. told interviewers that at the time of the shooting, she thought WILLIAMS name was Jeremiah.

3

10. On September 19, 2018, investigators interviewed WILLIAMS, who was at the Kayenta Jail for unrelated offenses, about the shooting. Initially, WILLIAMS denied knowing K.A. and denied shooting him. However, as the interview continued, WILLIAMS began to change his story. He explained that on the day K.A. was killed, WILLIAMS said he [K.A.] "fucked me over." WILLIAMS explained that he was at the residence to buy methamphetamine from K.A. He gave K.A. $140 for the drugs, then K.A. displayed a machete. K.A. swung the machete at WILLIAMS, threatened to cut his head off, and told him to "get the fuck out of here." WILLIAMS left without his $140 or methamphetamine. WILLIAMS explained that he immediately went back to his house to get his shotgun. When he got to his house, WILLIAMS got his shotgun, loaded it with two (2) shells, and put some extra shells in his pocket. WILLIAMS then proceeded back to the residence where he had just been ripped of his money. When he got back to the residence, WILLIAMS went through a sliding door on the side of the house and encountered some females. WILLIAMS pointed his shotgun at the females and asked where K.A. was. WILLIAMS confronted K.A. in a hallway of the residence. WILLIAMS advised that K.A. had a machete and ran towards him. When K.A. was about three (3) or four (4) feet away, WILLIAMS shot him. WILLIAMS explained that he fired the shotgun from his hip and guessed that he shot K.A. in the face. After shooting K.A., WILLIAMS walked up to him while he was laying on the floor. He checked Atcitty's pockets and took back his $140.

11. In reference to killing Atcitty, WILLIAMS stated "you mess me over, this is what happens." He also stated "he probably wanted to use my money to re-up. Then he

didn't think I was going to come back, but of course if somebody fucks me over like that I'm going to be back."

12. Also, during the interview with WILLIAMS, investigators learned that his nickname was "Moose." He recalled that when Atcitty had originally taken the $140 from him, he (Atcitty) yelled "fuck you, Moose."

## CONCLUSION

22. Based on the aforementioned information, I respectfully submit that there is probable cause to believe that the collected evidence described in Attachment A, may contain DNA and fingerprints of GEREMY WILLIAMS, thus I request a search warrant to seize such evidence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

MICHAEL CARTER  
Digitally signed by MICHAEL CARTER  
Date: 2021.08.13 08:34:55 -06'00'

Special Agent Michael Carter  
Federal Bureau of Investigation

Telephonically subscribed and sworn to before me this 13th day of August, 2021. 1:02 pm

**DEBORAH M. FINE**  
**UNITED STATES MAGISTRATE JUDGE**